**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SHERRY GUDGER,

*Plaintiff*,

v.

BALTIMORE COUNTY, MARYLAND,

*Defendant.*

**Case No. 1:26-cv-02319-RDB**

**STIPULATION REGARDING ANSWER DEADLINE**

The parties jointly agree to a **October 28, 2026** deadline for Defendant to file an answer or other responsive pleading under Rule 12 of the Federal Rules of Civil Procedure. Good cause for an extension exists because the parties are actively engaged in discussions to resolve this litigation. *See* Fed. R. Civ. P. 6(b)(1).

Date: September 25, 2026

/s/

Kathryn Baxter
Bar number: 31644
Maryland Legal Aid
500 E. Lexington Street
Baltimore, Maryland 21202
kbaxter@mdlab.org
410-951-7724

APPROVED: 9/28/2026 /s/ - Richard D. Bennett
U.S. Senior District Judge

/s/

James R. Benjamin, Jr.*
Bar number: 27056
County Attorney
Baltimore County Office of Law
400 Washington Avenue
Towson, Maryland 21204

* *signed by Kathryn Baxter with permission of James R. Benjamin, Jr.*